WILLIAM Y. MORTIMER et al., Executors, etc., Respondents, v. THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

(Argued March 6, 1889; decided March 26, 1889.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made November 22, 1887, which affirmed a judgment in favor of plaintiffs, entered upon a verdict and an order denying a motion for a new trial.

*Edward S. Rapallo* for appellants.

*John E. Parsons* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

MARY BLEYLE, Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued March 7, 1889; decided March 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 21, 1887, which affirmed a judgment in favor of plaintiff, entered on a verdict and an order denying a motion for a new trial.

*James F. Gluck* for appellant.

*Stilwell & Hill* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.